IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00441-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    PAUL M. ROMERO,

        Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant.

The Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Paul M. Romero, DOC # 104031, defendant, now confined in the Denver Reception Diagnostic Center located at 10900 Smith Road, Denver, CO 80239-8004, before a United States Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for an initial appearance hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United

States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this 7th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
JUDGE EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO